
FILED
CLERK U.S DISTRICT COURT
JUN 1 2 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) Case No.: CR 18-154-R
                                 )
            Plaintiff,           )
                                 )
    vs.                          ) ORDER OF DETENTION AFTER HEARING
                                 ) [Fed. R. Crim. P. 32.1(a)(6);
Ramon Villegas                   ) 18 U.S.C. § 3143(a)]
                                 )
            Defendant.           )
_____)

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. /California for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A.  (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown immediate background and bail information,

_prior failure to appear, possible ongoing substance abuse, instant allegations_

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _prior criminal history, possible ongoing substance abuse_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 12, 2018

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE